**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>CNN INTERACTIVE GROUP, INC.,<br>*et al.*,<br><br>                Defendants. | C.A. No. 11-829-SLR |

**STIPULATED AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT SKYPE, INC.**

Pursuant to Rule 41(a) and (c) of the Federal Rules of Civil Procedure, Plaintiff Cyberfone Systems, LLC and Defendant Skype, Inc. hereby stipulate to the dismissal of all claims and counterclaims between them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A | MORRIS NICHOLS ARSHT & TUNNELL LLP |
| */s/ Stephen B. Brauerman* | */s/ Jack B. Blumenfeld* |
| Richard D. Kirk (rk922)<br>Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com | Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com |
| *Attorneys for Plaintiff Cyberfone Systems, LLC* | *Attorneys for Defendant Skype, Inc.* |

November 14, 2012

IT IS SO ORDERED this _____ day of _____, 2012.

                                   _____
                                      United States District Judge